**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


<u>Erick Jose Marquez Avelar</u>
**Petitioner**


                                                    CIVIL ACTION
V.                                                  NO. <u>26cv11863-WGY</u>


<u>Antone Moniz et al</u>
**Respondents**


**<u>ORDER OF DISMISSAL</u>**
July 23, 2026


**YOUNG, D.J.**,

    In accordance with the Court's ELECTRONIC ORDER dated May 20, 2026, it is
hereby ORDERED that this petition is denied without prejudice and this action is
DISMISSED.


                                        By the Court,

                                        **/s/Matthew A. Paine**

                                        Deputy Clerk